| | |
|---|---|
| PROB 22 (Rev. 2/88) **E-filing**  **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) CR-01-C-0169-E |
| | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF SUPERVISED RELEASEE JEFFERY JORDAN 235 Verbena Dr East Palo Alto, CA 94303 | DISTRICT ND/AL 08 1126 0286 SI |
| | NAME OF SENTENCING JUDGE Honorable U.W. Clemon |
| | DATES OF SUPERVISED RELEASE — FROM 04/18/2008 — TO 04/17/2013 |

OFFENSE

21 USC 846 & 841(b)(1)(A) Conspiracy to possess with intent to distribute in excess of 5 kilograms of cocaine hydrochloride

21 USC 841(a)(1) & (b)(1)(B) Possession with intent to distribute approximately 1,480 grams of cocaine hydrochloride

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   NORTHERN DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   NORTHERN DISTRICT OF CALIFORNIA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

04/29/08
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.*

U.W. Clemon
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/30/08
Effective date

*[signature]*
United States District Judge